| | |
|---|---|
| | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA GARCIA, | CV 10-8044 PA (VBKx) |
|     Plaintiff, | JUDGMENT |
|   v. | |
| WILMINGTON FINANCE INC., ET AL., | |
|     Defendants. | |

Pursuant to the Court's Minute Orders of February 14, 2011 and May 2, 2011, dismissing with prejudice plaintiff Vilma Garcia's ("Plaintiff's") claims against defendants Wilmington Finance Inc., Mortgage Electronic Registration Systems, Inc., and Alliance Title Company ("Defendants") for violation of the Truth in Lending Act ("TILA") and the Real Estate Settlement and Procedures Act ("RESPA"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff on her claims for violation of TILA and RESPA.

///

///

///

1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: May 9, 2011

                                                        Percy Anderson
                                    UNITED STATES DISTRICT JUDGE